Tabetha A. Martinez, Esq. (NV 14237)
James W. Fox, Esq. (NV 13122)
BURGER, MEYER & D'ANGELO LLP
725 S 8th Street, Suite 200
Las Vegas, NV 89101
MAILING ADDRESS:
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
       jfox@burgermeyer.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DORTHY BROYLES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; and DOES I-X; and ROE CORPORATIONS I-X inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00784<br>Hon. Judge Richard F. Boulware, II<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, DORTHY BROYLES and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed <u>with prejudice</u> as to all parties, including as to all DOE and ROE defendants.

///

///

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this ___ Day of February 2025     STOVALL & ASSOCIATES

By: _____
Leslie Mark Stovall, Esq. Bar No. 2566
Ross Moynihan, Esq., Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Facsimile: (102) 258-0093
ross@lesstovall.com
les@lesstovall.com
*Attorneys for Plaintiffs*

Dated this ___ Day of February 2025     BURGER, MEYER & D'ANGELO LLP

/s/ _____
Tabetha A. Martinez, Esq., Bar No. 14237
James W. Fox, Esq., Bar No. 13122
*Attorneys for Defendant*
WALMART, Inc.

## ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint in District Court Case No. 2:24-cv-00784 is dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

_____

Respectfully submitted by:
**BURGER, MEYER & D'ANGELO, LLP**

/s/ *James W. Fox*
Tabetha A. Martinez, Esq.
James W. Fox, Esq.
Attorneys for Defendant
WALMART, INC.

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this ___ Day of February 2025

**STOVALL & ASSOCIATES**

By: _____
Leslie Mark Stovall, Esq. Bar No. 2566
Ross Moynihan, Esq., Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Facsimile: (102) 258-0093
ross@lesstovall.com
les@lesstovall.com
*Attorneys for Plaintiffs*

Dated this 28th Day of February 2025

**BURGER, MEYER & D'ANGELO LLP**

/s/ *James W. Fox*
_____
Tabetha A. Martinez, Esq., Bar No. 14237
James W. Fox, Esq., Bar No. 13122
*Attorneys for Defendant*
WALMART, Inc.

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint in District Court Case No. 2:24-cv-00784 is dismissed WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

DATED: this 6th day of March, 2025

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE